EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Respondents. EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Respondents.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 872.]

VIOLA MASTROBERTE, as Administratrix of the Estate of DOMINICK MASTRO-BERTE, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *ante*, p. 808.]

AMERICAN PRESIDENT LINES, LTD., Respondent, and POPE & TALBOT, INCORPORATED, Intervener, Respondent, v. CHARLES KING, Individually and as an Officer of the Brotherhood of Marine Engineers, et al., Appellants.— The finding of the Special Term, after trial, that the picket lines were not established as part of an organizational drive, but were retaliative in nature in a dispute with a rival union, was supported by sufficient competent evidence. Under the circumstances presented, the picketing, even though peaceful and not misleading, was unlawful and was properly enjoined. (Cf. *Dinny & Robbins, Inc.,* v. *Davis,* 290 N. Y. 101; *Goodwins, Inc.,* v. *Hagedorn,* 303 N. Y. 300; *Teamsters Union* v. *Hanke,* 339 U. S. 470; *Building Service Union* v. *Gazzam,* 339 U. S. 532, and *Pacific Nav. & Trading* v. *National Organization of Masters, Mates & Pilots,* 33 Wn. 2d 675.) However, insofar as the judgment restrained threats, intimidation or coercion, it was unwarranted by the record. There was no proof of any such acts, nor was there evidence from which the danger of such acts in the future could be anticipated. (Cf. *Labor Board* v. *Express Pub. Co.,* 312 U. S. 426, and *Eton Chemists, Inc.,* v. *Sussman,* 278 App. Div. 899.) Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.